

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00488-CV

**IN RE** Linda **CARRANZA** and Benjamin Carranza Jr.

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Adrian A. Spears, II, Justice
H. Todd McCray, Justice

Delivered and Filed: October 8, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On August 1, 2025, relators filed a petition for writ of mandamus seeking an order directing respondent to vacate an order approving substitute service allegedly signed on July 29, 2025, declaring all proceedings in the underlying matter void, and dismissing the underlying action.

Rules 52.3 and 52.7 require the relators to file with the petition for writ of mandamus a record that includes a certified or sworn copy of every document that is material to their claim for relief and that was filed in any underlying proceeding, including a copy of the order complained of, as well as a properly authenticated transcript of any relevant testimony or a statement that no

---

[1]This proceeding arises out of Cause No. 2025CI05640, styled *Americredit Financial Services, Inc. and GM Financial vs. Linda O. Carranza and Benjamin Carranza, Jr.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.

testimony was adduced in connection with the matter complained of. *See* TEX. R. APP. P. 52.3(k)(1)(B) and 52.7(a).

Relators have attached the respondent's notes from the July 29, 2025 hearing as an appendix but have not included a copy of the signed order. Relators have not provided a copy of the transcript or any relevant testimony or a statement that none has been adduced.

Relators have failed to establish that they are entitled to the relief sought on the record that has been provided. Accordingly, the petition for writ of mandamus is denied.

PER CURIAM